IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:13-MJ-202-WC |
| | ) | |
| DAVID GRACE | ) | |

# ORDER

On November 13, 2013, pursuant to Federal Rules of Criminal Procedure 5.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed the offense. Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action. Further, it is

ORDERED that defendant's oral motion to dismiss the charges is DENIED.

Done this 13th day of November, 2013.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE